**COHEN, FRANKEL & RUGGIERO, LLP**
ATTORNEYS AT LAW
20 VESEY STREET, SUITE 1200
NEW YORK, NEW YORK 10007
(212) 732-0002 • FAX (212) 293-7224

MARK I. COHEN
PETER M. FRANKEL
LOUIS J. RUGGIERO
MINA KENNEDY
GILLIAN M. FEEHAN*

*ADMITTED IN NJ AND PENDING ADMISSION IN NY

35-07 90TH STREET
JACKSON HEIGHTS, NEW YORK 11372

> Application granted. Defendant shall surrender to FMC Butner on October 7, 2024 before 2:00 p.m.
>
> The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 104).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> October 4, 2024

**VIA ECF**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. [Patel]*
**24 Cr. 99 (PMH)**

Dear Judge Halpern:

Please recall that I represented Mr. Naineshkumar Patel in the above-referenced matter. On August 6, 2024, Your Honor sentenced Mr. Patel to one year and one day of imprisonment and two years of supervised release, and ordered that he surrender himself prior to 2:00 p.m. on October 5, 2024, to an institution designated by the Bureau of Prisons. Mr. Patel has since been directed to surrender himself to FMC Butner in Butner, North Carolina; however, Mr. Patel was advised that FMC Butner does not accept voluntary surrenders on weekends, and he has been instructed by the facility to surrender himself on Monday, October 7, 2024. Therefore, I respectfully request that Your Honor grant an extension of Mr. Patel's surrender date until October 7, 2024. I have spoken to A.U.S.A. Benjamin Levander regarding an extension of Mr. Patel's surrender date, and the Government consents to this request.

Respectfully submitted,

Mark I. Cohen

MIC/gmf

Cc: A.U.S.A. Benjamin Levander (via ECF)
    A.U.S.A. Timothy Ly (via ECF)