UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA    :
                            :
v.                          :    **ORDER**
                            :
NAINESHKUMAR PATEL,         :    7:24-cr-99 (PMH)
                            :
            Defendant.      :
-----------------------------------------------------------x

On January 31, 2025, Defendant Naineshkumar Patel filed a motion for compassionate release (Doc. 106) pursuant to 18 U.S.C. §3582(c)(1)(A). The Government is directed to respond to Defendant's Motion by February 19, 2025.

**SO ORDERED:**

Dated: White Plains, New York
       February 5, 2025

_____
Philip M. Halpern
United States District Judge